**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

**FILED - GR**
June 13, 2022 2:03 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: KB /10/14

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Silvia Rodriguez | 1:22-cv-372 |
| DEFENDANT | TYPE OF PROCESS |
| Block, Inc | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Block, Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1455 Market Street, Suite 600, San Francisco, CA 49103

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Silvia Rodriguez<br>208 Banner St, SW<br>Grand Rapids, MI 49507 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 040 | District to Serve<br>No. 040 | Signature of Authorized USMS Deputy or Clerk<br>*Ilene Smith* | Date<br>5/21/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>6/10/22 | Time<br>1:59 | ☐ am<br>☒ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>*Ilene Smith* |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Certified mail.

Form USM-285
Rev. 01/21

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70201290000079529397

Remove ✕

Your item was delivered to an individual at the address at 1:59 pm on May 23, 2022 in SAN FRANCISCO, CA 94103.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

May 23, 2022 at 1:59 pm
SAN FRANCISCO, CA 94103

**Get Updates** ⌄

| Text & Email Updates | ⌄ |
| --- | --- |
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ∧

Feedback