FILED - GR
June 22, 2022 12:30 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: kb SCANNED BY: KB/6-22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SILVIA RODRIGUEZ,
      Plaintiff,

v.

BLOCK, INC.

      Defendant.
_____/

Case No. 1:22-cv-00372

HON. HALA Y. JARBOU
U.S. DISTRICT JUDGE

HON. RAY KENT
U.S MAGISTRATE JUDGE

## PLAINTIFFS MOTION FOR EXTENSION OF TIME AND LEAVE TO AMEND COMPLAINT TO REPLY AND OPPOSITION TO COMPEL ARBITRATION AND DISMISS PLAINTIFFS COMPLAINT OR STAY PROCEEDINGS, OR ALTERNATIVELY, DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

Now comes, Plaintiff Silvia Rodriguez, in Pro Se and submits this motion for extension of time of to leave to amend complaint of 30 days to reply and opposition to compel arbitration and dismiss plaintiff's complaint or stay proceedings, or alternatively, dismiss plaintiff's complaint with prejudice. On are around June 15, 2022, Rodriguez received Blocks, motion to compel arbitration, dismiss and or stay or alternatively dismiss complaint with prejudice.

Rodriguez is Pro Se and ask that this Honorable Court liberally construe this document. *Haines v. Kerner, 404 U.S. 519 (1972).*

### *i. Extension of time to reply*

Rodriguez seeks an extension of time of 30 days to file the reply as she has limited knowledge of the law and has language barriers she has trouble reading English as her primary language is Spanish and has someone helping her with her legal documents. Her resources are also limited such as lack of a law library and having to Google and understand the legal documents.

### *ii. Leave to amend*

Rodriguez seeks and extension of time of 30 days to file an amended compliant *to clarify her claims* such as her intentional infliction claims also raise any additional claims for her complaint.

1

**WHEREFORE,** for these reasons Rodriguez **PRAYS** that this Honorable Court **GRANT** an extension of time of 30 days.

Respectfully submitted,

/s/ Silvia Rodriguez
Silvia Rodriguez
Plaintiff in Pro Se
208 Banner St Sw
Grand Rapids, MI 49507

Dated: June 22, 2022

## CERTIFICATE OF SERVICE

    I, Silvia Rodriguez hereby certify that I mailed a copy of the foregoing one copy of Plaintiffs motion for extension of time and leave to amend complaint to reply and opposition to compel arbitration and dismiss plaintiffs complaint or stay proceedings, or alternatively, dismiss plaintiff's complaint with prejudice, and certificate of service, via U.S. Mail with First Class postage being fully prepaid to, Brandon C. Prosansky, 200 W. Madison St., Suite 3900, Chicago, IL 60606.

DATED: June 22, 2022

_____
Silvia Rodriguez
Plaintiff in Pro Se
208 Banner St Sw
Grand Rapids, MI 49507