UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SILVIA RODRIGUEZ,

       Plaintiff,

v.

       Case No. 1:22-CV-372

       Hon. Hala Y. Jarbou

BLOCK, INC.,

       Defendant.

_____/

# ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

*Pro se* plaintiff has filed a motion for appointment of counsel.  "Appointment of counsel in a civil case is not a constitutional right.  It is a privilege that is justified only by exceptional circumstances."  *Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993).  No such circumstances exist here.  On a practical level, the Court has no funds with which to pay appointed counsel in a civil case and no power to order a civil lawyer to handle such a case *pro bono*.  Upon due consideration, the appointment of counsel is not warranted and plaintiff's motion (ECF No. 15) is **DENIED**.

       **IT IS SO ORDERED.**

Dated:  July 11, 2022            /s/ Ray Kent
                                         RAY KENT
                                         United States Magistrate Judge