UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SILVIA RODRIGUEZ,

        Plaintiff,

v.

BLOCK, INC.,

        Defendant.

Case No.: 1:22-cv-00372-HYJ-RSK

**BLOCK, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS PLAINTIFF'S AMENDED COMPLAINT OR STAY PROCEEDINGS, OR, ALTERNATIVELY, DISMISS PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE**

        Defendant Block, Inc. ("Block") moves this Court for an order (i) compelling arbitration pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* and dismissing Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (or staying proceedings pursuant to Section 3 of the Federal Arbitration Act), or (ii) in the alternative, dismissing the Amended Complaint with prejudice pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure. Block brings this Motion on the grounds set forth in the supporting memorandum and the Declaration of Wallace Wu, including its attachments (ECF No. 8-3).

        WHEREFORE, for the reasons stated in Block's supporting memorandum and the Declaration of Wallace Wu, Block respectfully requests that the Court enter Block's proposed order (attached hereto as an exhibit) granting its Motion, and grant such other and further relief that the Court deems just and proper.

Dated July 22, 2022           Respectfully submitted,

                                  DEFENDANT BLOCK, INC.

                                  By:    /s/ *Brandon C. Prosansky*
                                          One of its attorneys

                                      Brandon C. Prosansky
BARACK FERRAZZANO
 KIRSCHBAUM & NAGELBERG LLP
200 W. Madison St., Suite 3900
Chicago, IL 60606
Tel. (312) 984-3100
Fax (312) 984-3150
brandon.prosansky@bfkn.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that on July 22, 2022, he caused the foregoing **Block, Inc.'s Motion to Compel Arbitration and Dismiss Plaintiff's Amended Complaint or Stay Proceedings, or, Alternatively, Dismiss Plaintiff's Amended Complaint with Prejudice** (including the attached proposed order) to be served upon all registered parties by filing it with the Court's electronic-filing system and upon Plaintiff by United States mail at the following address:

Silvia Rodriguez<br>
208 Banner Street SW<br>
Grand Rapids, MI 49507

/s/ *Brandon C. Prosansky*
Brandon C. Prosansky