# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SILVIA RODRIGUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BLOCK, INC.,<br><br>    Defendant. | Case No.: 1:22-cv-00372-HYJ-RSK |

## ORDER

Upon consideration of Defendant Block, Inc.'s Motion to Compel Arbitration and Dismiss Plaintiff's Amended Complaint or Stay Proceedings, or, Alternatively, Dismiss Plaintiff's Amended Complaint with Prejudice ("Motion"), the memoranda of law and other materials submitted to the Court in support of, and in opposition to, the Motion, with due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. Plaintiff Silvia Rodriguez's Amended Complaint (ECF No. 17) is dismissed; and

2. Plaintiff Silvia Rodriguez shall arbitrate her dispute with Defendant Block, Inc., and such arbitration shall proceed in the manner provided for in the arbitration agreement in the Cash App Terms of Service, which were attached as Exhibit A to the Declaration of Wallace Wu (ECF No. 8-3, at PageID.46–147).

Dated _____             _____

                             United States District Court Judge